# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Barajas, Sasha M | Docket No. | 0980 2:22CR00133-TOR-5 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sasha M. Barajas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19th day of October 2022, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 20, 2022, the conditions of pretrial release were reviewed and signed by Sasha Barajas in the Western District of Washington, acknowledging an understanding of her conditions.

Violation #1: Sasha Barajas is alleged to being in violation of pretrial release by consuming controlled substances, methamphetamine and fentanyl, between February 25 and 26, 2023.

On March 7, 2023, this officer was contacted via email by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on March 1, 2023. Results were received on March 7, 2023, confirming a positive reading for methamphetamine and fentanyl. Per the supervising officer, he confronted Ms. Barajas about the positive drug test and she admitted to consuming methamphetamine between February 25 and 26, 2023. She further stated she was unaware that what she "smoked" contained fentanyl.

As a corrective action to address Ms. Barajas' relapse, she has been referred to secure a substance abuse evaluation and was placed on a random colorline testing program in the Western District of Washington. She is subject to one random drug test per week. Per the supervising officer, he discussed decision making techniques and the consequences of her choices. Ms. Barajas understands the consequences of any similar continued behavior that may ultimately result in going back before the Court. She was encouraged to continue making good choices that will place her back on the successful track she was on.

This officer respectfully recommends no action be taken at this time. Should Ms. Barajas continue to violate any of her conditions of pretrial supervision, she will be referred to the court for corrective action.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    March 8, 2023

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

3/9/23

Date