Case 2:22-cr-00133-TOR   ECF No. 602   filed 04/04/23   PageID.1341   Page 1 of 2

PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Barajas, Sasha M | Docket No. | 0980 2:22CR00133-TOR-5 |

**Amended Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sasha M. Barajas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19th day of October 2022, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

This petition has been amended from the petition submitted to the court on March 29, 2023 (ECF 561), reflecting corrected dates pertaining to violation #2. A summons was issued by The Honorable James A. Goeke on March 29, 2023. Ms. Barajas has a hearing scheduled for April 20, 2023.

On October 20, 2022, the conditions of pretrial release were reviewed and signed by Sasha Barajas in the Western District of Washington, acknowledging an understanding of her conditions.

Violation #1: Sasha Barajas is alleged to being in violation of pretrial release by consuming controlled substances, methamphetamine and fentanyl, on or about March 9, 2023.

On March 14, 2023, this officer was contacted via email by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on March 9, 2023. Results were received on March 27, 2023, confirming a positive reading for methamphetamine and fentanyl. Per the supervising officer, he confronted Ms. Barajas about the positive drug test and she stated it was "residual" from her prior use between February 25 and 26, 2023.

Violation #2 (amended from ECF 561): Sasha Barajas is alleged to being in violation of pretrial release by consuming controlled substance, fentanyl, on or about March 21, 2023.

On March 22, 2023, this officer was contacted via email by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on March 21, 2023, which tested presumptive positive for fentanyl. The sample was sent to Millennium Health for confirmation. Per the supervising officer, he confronted Ms. Barajas about the positive drug test and she denied drug use. She further stated her last drug use was in February 2023. She claimed she has been sober and has not knowingly used a controlled substance. Results from this sample were received April 3, 2023, confirming a positive reading for fentanyl.

PRAYING THAT THE COURT WILL UPHOLD THE SUMMONS AND ACCEPT THE ABOVE-NOTED MODIFICATIONS

PS-8
**Re: Barajas, Sasha M**
**April 3, 2023**
**Page 2**

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:  April 3, 2023 |
| by | s/Linda J. Leavitt |
|   | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

April 4, 2023
Date