PS 8
(3/15)

Case 2:22-cr-00133-TOR   ECF No. 603   filed 04/06/23   PageID.1343   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Barajas, Sasha M | Docket No. | 0980 2:22CR00133-TOR-5 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sasha M. Barajas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19th day of October 2022, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 20, 2022, the conditions of pretrial release were reviewed and signed by Sasha Barajas in the Western District of Washington, acknowledging an understanding of her conditions.

Violation #3: Sasha Barajas is alleged to being in violation of pretrial release by consuming controlled substance, fentanyl, on or about March 29, 2023.

On April 4, 2023, this officer was contacted via email by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on March 29, 2023, which tested presumptive positive for fentanyl. Results from the Western District of Washington's testing facility were received April 4, 2023, reflecting a positive reading for fentanyl. The sample was sent to Abbott Laboratory for further confirmation. Per the supervising officer, he confronted Ms. Barajas about the positive drug test and she stated she does not know why it is positive. Confirmation from Abbott Laboratory is pending as of the submission of this report.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND INCORPORATE THE ABOVE-NOTED ALLEGATION WITH THE PENDING PETITION PREVIOUSLY SUBMITTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: 04/06/2023 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

Re: Barajas, Sasha M
April 6, 2023
Page 2

THE COURT ORDERS

[ ]    No Action
[X]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

April 6, 2023

Date