FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Barajas, Sasha M | Docket No. | 0980 2:22CR00133-TOR-5 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sasha M. Barajas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 19th day of October 2022, under the following conditions:

Additional Condition #17 (ECF No. 240): Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 20, 2022, the conditions of pretrial release were reviewed and signed by Sasha M. Barajas in the Western District of Washington, acknowledging an understanding of her conditions.

Violation #7: Sasha M. Barajas is alleged to be in violation of pretrial release supervision by taking a urine adulterant product called Herbal Cleanse, to obstruct or attempt to obstruct random drug testing on or about March 1, 2023.

On April 20, 2023, Ms. Barajas appeared before Your Honor with counsel on an initial appearance relating to pending violation petitions ECF. 564, 566, 568, 575, and 596. During testimony presented by her attorney, it was proffered to the Court, Ms. Barajas purchased and ingested a urine adulterating product from General Nutrition Centers (GNC) called Herbal Cleanse in an attempt to "clean out her system" prior to submitting a random drug test after her admitted relapse on or about February 26, 2023. According to the supervising officer in the Western District of Washington, the first random drug test collected after Ms. Barajas' admitted relapse was March 1, 2023.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE-NOTED ALLEGATION WITH THE PENDING PETITIONS PREVIOUSLY SUBMITTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 04/21/2023 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

**PS-8**

**Re: Barajas, Sasha M**
**April 21, 2023**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

4/25/23
_____
Date