FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SASHA M. BARAJAS,<br><br>Defendant. | No. 2:22-CR-00133-TOR-5<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY ORDER FOLLOWING INITIAL APPEARANCE ON PRETRIAL RELEASE VIOLATION PETITION AND DETENTION REVIEW HEARING AND MOTION TO EXPEDITE AND STRIKING HEARING<br><br>**MOTIONS GRANTED**<br>**(ECF Nos. 636 and 637)** |

Before the Court is Defendant's Unopposed Motion to Modify Order Following Initial Appearance on Pretrial Release Violation Petition and Detention Review Hearing and Motion to Expedite, **ECF Nos. 636 and 637**. Specifically, Defendant requests: 1) to be released to the care of her fiancé's mother, A.S., after successful completion of her inpatient substance abuse treatment program on May 29, 2023; and 2) to strike the pretrial release revocation hearing currently scheduled for May 26, 2023, at 11:00 a.m. Defendant recites in her motion that U.S. Probation and the United States are not opposed to the motion.

ORDER - 1

The Court finding good cause, **IT IS ORDERED** Defendant's Unopposed Motion to Modify Order Following Initial Appearance on Pretrial Release Violation Petition and Detention Review Hearing, **ECF No. 636**, and Motion to Expedite, **ECF No. 637**, are **GRANTED**.

1. Defendant shall be released to reside with her fiancé's mother, A.S. in Bellevue, Washington, upon successful completion of substance abuse treatment.

2. Defendant shall abide by all conditions of pretrial release as previously imposed at ECF No. 240.

3. The hearing currently scheduled for **May 26, 2023, at 11:00 a.m. is STRICKEN**.

4. The Court will hold the pending alleged violations of supervised release in **ABEYANCE**. Should there be future alleged violations of pretrial release, the Court will incorporate those additional alleged violations with the pending petitions and set a hearing to address all new and pending alleged violations of pretrial release.

5. This Order is premised on the belief that Defendant will be successfully discharged from inpatient substance abuse treatment on May 29, 2023. **If Defendant is terminated unsuccessfully from inpatient substance abuse treatment on or before May 29, 2023, Defendant shall immediately notify the U.S. Probation Officer, and Defendant shall immediately return to the custody of the U.S. Marshal.**

**IT IS SO ORDERED.**

DATED May 22, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2