UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Barajas, Sasha M | Docket No. | 0980 2:22CR00133-TOR-5 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sasha M. Barajas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19th day of October 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 20, 2022, the conditions of pretrial release were reviewed and signed by Sasha Barajas in the Western District of Washington, acknowledging an understanding of her conditions.

On May 8, 2023, a detention hearing was held before Your Honor. The prior violation petitions were held in abeyance (ECF No. 643). Current petitions pending before the Court are: ECF 564 (amended), ECF 566, ECF 568, ECF 575, and ECF 596.

**Violation #8**: Sasha Barajas is alleged to being in violation of pretrial release by consuming controlled substance, norfentanyl, on or before June 26, 2023.

On June 26, 2023, this officer was contacted via email by the supervising officer in the Western District of Washington, advising Ms. Barajas submitted a random drug test on June 26, 2023. The drug tested presumptive positive for fentanyl. The sample was sent to Abbott Laboratory for confirmation. Results were received on July 11, 2023, confirming a positive reading for norfentanyl. Per the lab report, it is noted there was mass spectrometry interference with the sample.

This officer made telephone contact with Abbott Laboratory on July 12, 2023, to inquire on the above noted results testing positive for norfentanyl but with interference. Abbott Laboratory forwarded this officer via email a document that explains what mass spectrometry interference means. Per the document: "...occasionally the laboratory cannot obtain a clear picture of one of the ions (from the molecular fingerprint of a drug or drug metabolite). This can occur due to low signal or presence of an herbal product, prescription, or over the counter medication that has a similar fragmentation pattern or fingerprint to the drug being tested. If the lab cannot identify the drug within stringent guidelines, it is reported as interference." This officer further inquired what norfentanyl is as the confirmation results reflect a positive reading for that specific substance. Per Abbott Laboratory, norfentanyl is the direct metabolite of fentanyl, so as the body metabolizes the drug fentanyl, it will metabolize into norfentanyl and produce the positive result as noted in the laboratory results received on July 11, 2023.

**Violation #9:** Sasha Barajas is alleged to be in violation of pretrial release by consuming controlled substance, fentanyl, on or before June 28, 2023.

On July 2, 2023, the supervising officer in the Western District of Washington sent this officer via email the results from Millennium Health laboratory dated July 2, 2023, from a sample collected on June 28, 2023, reflecting a positive reading for fentanyl.

**Re: Barajas, Sasha M**
**July 12, 2023**
**Page 2**

PRAYING THAT THE COURT WILL ISSUE A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: 07/12/2023 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 12, 2023
Date